IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMIE TREES, ) | |
| ) | |
| Petitioner, ) | Case No. CV05-116-S-EJL |
| ) | |
| vs. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| JO ANNE B. BARNHARD, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On May 2, 2006, United States Chief Magistrate Judge Larry M. Boyle issued a Report and Recommendation (Docket No. 13). Pursuant to 28 U.S.C. § 636(b)(1), the parties had ten (10) days in which to file written objections to the Report and Recommendation, however, neither party has objected to the recommendation made by Judge Boyle. Exercising de novo review of the matter, this Court may accept, reject or modify, in whole or in part, the findings and recommendations made by the magistrate judge. Id.

Because this Court finds the Report and Recommendation of Judge Boyle to be well founded in law and supported by the record, the Court hereby accepts in their entirety, and adopts as its own, the findings made by Judge Boyle. Acting on the recommendation of Judge Boyle and this Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Report and Recommendation entered on May 2, 2006, (Docket No. 13) by Judge Boyle should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that the Commissioner's decision that Petitioner is not disabled within the meaning of the Social Security Act is **REVERSED** and the matter is **REMANDED** for further proceedings.

DATED: **May 23, 2006**

Honorable Edward J. Lodge
U. S. District Judge